UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM ALLEN WHITLOW,

      Plaintiff,

v.                                                            Case No.  3:16cv510/MCR/CJK

JAMES COKER,

      Defendant.

_____/

REPORT AND RECOMMENDATION

      This prisoner civil rights case is before the court upon referral from the clerk. On October 11, 2016, the court ordered plaintiff to pay the $400.00 filing and administrative fees, or correct the deficiency in his *in forma pauperis* application by filing a new prisoner consent form with a signed financial certificate and 6-month printout of transactions in his inmate account. (Doc. 4).  Plaintiff was provided thirty days in which to comply with the order and was warned that failure to do so would result in dismissal of this case.  (*Id.*).  Plaintiff failed to comply with the order.

      Accordingly, on November 28, 2016, the court ordered plaintiff to show cause why this case should not be dismissed.  (Doc. 6).  Plaintiff's response to the show cause order does not address, much less show cause to excuse, plaintiff's failure to comply with the October 11, 2016 order.  (Doc. 7).

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 3rd day of January, 2017.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.   A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.